## THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY v. MCKEEN ET AL.

[No. 20,297.    Filed April 1, 1904.]

From Vigo Circuit Court; *J. E. Piety*, Judge.

Action by William R. McKeen and others against the Northwestern Mutual Life Insurance Company. From a judgment for plaintiffs, defendant appeals. Appealed from Appellate Court, under subdivision 3, §1337j Burns 1901. *Affirmed.*

*B. V. Marshall*, *Albert Baker* and *Edward Daniels*, for appellant.
*J. G. McNutt* and *F. A. McNutt*, for appellees.

Ulrich *v.* O'Brien.

Monks, J.—The questions presented by this appeal are substantially the same as those decided in *Northwestern, etc., Ins. Co.* v. *Kidder, ante,* 382. Upon the authority of that case the judgment of the trial court is affirmed.